King v Rental Assistance Corp. (2023 NY Slip Op 00539)

King v Rental Assistance Corp.

2023 NY Slip Op 00539

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, MONTOUR, AND OGDEN, JJ.

127 CA 22-00542

[*1]GARY KING, PLAINTIFF-APPELLANT,
v
RENTAL ASSISTANCE CORPORATION, DEFENDANT-RESPONDENT. 

LAW OFFICE OF LINDY KORN, PLLC, BUFFALO (LINDY KORN OF COUNSEL), FOR PLAINTIFF-APPELLANT.
BOND SCHOENECK & KING, PLLC, BUFFALO (KATHLEEN H. MCGRAW OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered March 8, 2022. The order granted defendant's motion to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court